EOD SEP 24 '03

FILED-CLERK
U.S. DISTRICT COURT
03 SEP 24 PM 2: 48
TEXAS EASTERN
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| T-NETIX, Inc. | § | |
|     Plaintiff | § | |
| v. | § | 2:01-CV-189 DF |
| | § | |
| WORLDCOM, INC. | § | |
|     Defendant | § | |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by the parties that this action has been settled. It is therefore not necessary that the action remain upon the calendar of the Court. Accordingly, it is

ORDERED, ADJUDGED AND DECREED that this action shall be, and is hereby DISMISSED WITHOUT PREJUDICE. Complete jurisdiction is retained to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. It is further

ORDERED that the Clerk shall forthwith serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action. It is further

ORDERED that all other pending motions not expressly granted are hereby DENIED.

Signed this 23rd day of September, 2003.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE