**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

03 OCT 15 ᴘᴍ 07

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| **T-NETIX, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action** |
| | § | **No. 2-01 CV 189 DF** |
| **GLOBAL TEL*LINK** | § | **Judge Folsom** |
| **CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | **Jury Trial Requested** |

## AGREED MOTION TO DISMISS

T-NETIX, Inc. ("T-NETIX") and Global Tel*Link Corporation ("Global") file this Agreed Motion to Dismiss.

1.      T-NETIX and Global have settled all claims between them presented in this case.

2.      T-NETIX and Global therefore request that the Court enter the Agreed Order of Dismissal and Final Judgment attached hereto.

Respectfully submitted,

By:_____
Douglas A. Cawley
State Bar No. 04035500
Theodore Stevenson, III
State Bar No. 19196650
Christopher T. Bovenkamp
State Bar No. 24006877

McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas   75201
214-978-4000 (Telephone)
214-978-4044 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**
**T-NETIX, INC.**

284

OF COUNSEL:

David L. Hayes (pro hac vice)
Michael R. Blum (pro hac vice)
FENWICK & WEST LLP
275 Battery St., Suite 1500
San Francisco, CA 94111
(415) 875-2300
(415) 281-1350 (Facsimile)

By: _____
Richard Moose
*Attorney-in-Charge*
S.C. State Bar No. 6453
e-mail: rmm@dority-manning.com
DORITY & MANNING
ATTORNEYS AT LAW, P.A.
Post Office Box 1449
Greenville, South Carolina 29602
(864) 271-1592 (Telephone)
(864) 233-7342 (Facsimile)

Julian W. Dority
Jeffrey M. Karmilovich
James M. Bagarazzi
DORITY & MANNING
ATTORNEYS AT LAW, P.A.
Post Office Box 1449
Greenville, South Carolina 29602
(864) 271-1592 (Telephone)
(864) 233-7342 (Facsimile)

**ATTORNEYS FOR DEFENDANT
GLOBAL TEL*LINK**

OF COUNSEL:

Hubert Oxford III
BENCKENSTEIN & OXFORD, L.L.P.
3535 Calder
P.O. Drawer 150
Beaumont, Texas 77704
(409) 833-9182 (Telephone)
(409) 833-8819 (Facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the

following counsel of record via facsimile and United States Mail on the __14th__ day of

October, 2003.

Richard Moose                              Hubert Oxford III
Jeffrey M.  Karmilovich                    Benckenstein & Oxford, L.L.P.
Dority & Manning                           3535 Calder Avenue
Post Office Box 1449                        P. O. Drawer 150
Greenville, South Carolina 29602           Beaumont, TX  77704

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| T-NETIX, INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action |
| | § | No. 2-01 CV 189 DF |
| GLOBAL TEL*LINK | § | Judge Folsom |
| CORPORATION, | § | |
| | § | |
| **Defendant.** | § | Jury Trial Requested |

## ORDER OF DISMISSAL
## AND FINAL JUDGMENT

#284

Before the Court is T-NETIX and Global's Agreed Motion to Dismiss.  It is

ORDERED that the Agreed Motion to Dismiss is GRANTED and this case is hereby

dismissed with prejudice.

Costs will be borne by the party incurring them.

Signed this _____ day of _____, 2003.


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE